**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **Clifton M. Heal** ***and all others similarly situated,*** ***Plaintiffs*** | § § § | |
| **v.** | § § | **1:26-cv-00588-ADA-SH** |
| **512 Creative Solutions, LLC, Luling Sport, LLC, Brandon Dady, and Matthew Andresen,** ***Defendants*** | § § § § | |

**PHASE 1 SCHEDULING ORDER FOR COLLECTIVE ACTION**

The Court enters this Phase One scheduling order as agreed by the parties in their proposed scheduling order (Dkt. 37) and amended during the status conference on October 14, 2026.[1]

| **EVENT / DEADLINE** | **DATE** |
|---|---|
| Deadline for Plaintiff's Motion for Court-Ordered Notice | February 2, 2027 |
| Deadline for Defendant's Response to Plaintiff's Motion for Court-Ordered Notice | March 4, 2027 |
| Deadline for Plaintiff's Reply in Support of Court-Ordered Notice Motion | March 18, 2027 |
| Deadline for Parties to Submit Proposed Phase 2 Scheduling Order if Motion is Approved | 20 days after Opt-In Period Closes |
| Deadline for Parties to Submit Proposed Phase 2 Scheduling Order if Motion is Denied | 20 days after Judge Issues Order Denying Motion |

**SIGNED** on October 14, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

[1] The Honorable Alan D Albright (ret.) referred this case to this Magistrate Judge for disposition of all nondispositive motions and report and recommendation on all dispositive motions, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, Rule 1(c) of Appendix C of the Local Court Rules of the United States District Court for the Western District of Texas, and Judge Albright's Standing Magistrate Judge Referral Order. Dkt. 6.